

FILED

OCT 2 0 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Concept180, LLC d/b/a Gear Infusion, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | 1:21-cv-05577 |
| The Entities and Individuals Identified in | ) | Judge Gary Feinerman |
| Annex A, | ) | Magistrate Gabriel A. Fuentes |
| | ) | Random |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, Concept180, LLC d/b/a Gear Infusion ("Gear Infusion" or "Plaintiff"), by and through its undersigned attorneys, for its Complaint against the Entities identified in Annex A (individually and collectively referred to as "Defendants"), herein allege:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement pursuant to 17 U.S. Code § 501, trademark infringement and counterfeiting pursuant to 15 U.S.C. § 1114 and false designation of origin and unfair competition pursuant to 15 U.S.C. § 1125(a) against Defendants for unlawful use of Gear Infusion's copyrighted imagery and the EVERRATCHET trademark on and in conjunction with unauthorized sales of counterfeit products.

2.      Defendants are individuals and entities who trade on Gear Infusion's goodwill and sell and/or offer to sell counterfeit and unauthorized products through various "storefronts" via online retail websites.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction of Gear Infusion's federal claims pursuant to 28 U.S.C. § 1331 and 1338(a).

4.      Each Defendant runs a "storefront" accepting US Dollars through Alibaba, Ali Express, Amazon, DH Gate, eBay, Joom, Newegg, Shopify, or Wish website platforms through which each Defendant specifically targets residents in this judicial district by offering to sell and, upon information and belief, shipping infringing and/or counterfeit products to residents within the Northern District of Illinois, by: displaying infringing imagery in its product listings and/or using Plaintiff's registered trademark in its product listings. Thus each Defendant is committing, *inter alia*, copyright infringement and trademark infringement in this district.

5.      Venue in the Northern District of Illinois is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events that give rise to the claim occur within this District, each Defendant has committed acts of infringement in and has significant contacts within this District, and each Defendant as delineated in Annex A is displaying infringing imagery in its product listings targeted at this District and/or are using, selling, or offering to sell the infringing and/or counterfeit mark in this District. In addition, on information and belief, each of the Defendants is a foreign entity or individual and "a defendant not resident in the United States may be sued in any judicial district . . . ." 28 U.S.C. § 1391(c)(3).

## PARTIES

*Gear Infusion*

6.      Concept180, LLC d/b/a Gear Infusion is a limited liability company organized and existing under the laws of the State of Wyoming, having its principal place of business at 4167 Miladies Lane, Doylestown, Pennsylvania 18902.

7.     The EverRatchet tool that is the subject of this Complaint originally launched on a successful crowdfunding campaign on Indiegogo that ended July 6, 2018 and has since become a popular multitool sold across the United States.

8.     The EverRatchet products are distributed and sold to consumers throughout the United States, including in Illinois, through Gear Infusion's official website, gearinfusion.com ("Gear Infusion's Website"), as well as through online retailers such as Amazon, and other brick and mortar boutiques across the country.

9.     Gear Infusion has offered its EverRatchet multitool on the Gear Infusion Website at gearinfusion.com since 2018.

10.     Gear Infusion also owns and operates its Instagram account @gearinfusion (the "Instagram Account").

11.     Both Gear Infusion's website and its Instagram Account feature proprietary content, including copyrighted imagery, created by Gear Infusion for the purpose of marketing and selling its products to consumers.

12.     The following chart lists the registered copyrights asserted by Gear Infusion in this action (the "EverRatchet Copyrights"), the visual and motion picture materials subject thereto are referred to as the "Copyrighted Material":

| Title | Status | Type | Reg. No. | Creation Date | Reg. Date |
|-------|--------|------|----------|---------------|-----------|
| EverRatchet ORIGINAL Image-3 10.2018 | Registered | Visual Material | VA0002235627 | 2018 | 2/2/2021 |
| EverRatchet ORIGINAL Image-2 5.2018 | Registered | Visual Material | VA0002235630 | 2018 | 2/2/2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EverRatchet YouTube Video 5.2018 | Registered | Motion Picture | PA0002274809 | 2018 | 2/2/2021 |
| EverRatchet Instagram-bottle 11.2018 | Registered | Visual Material | VA0002236892 | 2018 | 2/4/2021 |

Attached hereto as Exhibit 1 are true and correct copies of screenshots from the United States Copyright Office website reflecting the aforementioned copyright registrations with representative deposit copies of the respective Copyrighted Material, including a still frame from the deposit for Registration No. VA0002236892.

13.     The EverRatchet Copyrights are original works of authorship created and owned by Gear Infusion.

14.     The registration for the EverRatchet Copyrights are valid, subsisting, and in full force and effect.

15.     Gear Infusion owns the following trademark used in connection with its EverRatchet product which is the subject of this lawsuit, registered on the Principal Register (the "EverRatchet Trademark"):

| Trademark | Status | Class | Reg. No. | Reg. Date |
|---|---|---|---|---|
| EVERRATCHET | Registered | 8 | 5705156 | 3/19/2019 |

Attached hereto as Exhibit 2 is a true and correct copy of the Certificate of Registration for the EverRatchet Trademark.

12.     The EverRatchet Trademark has been and continues to be used exclusively by Gear Infusion.

13.     The registration for the EverRatchet Trademark is valid, subsisting, and in full force and effect.

14.     The registration for the EverRatchet Trademark constitutes *prima facie* evidence of its validity and of Gear Infusion's exclusive right to use the EverRatchet Trademark pursuant to 15 U.S.C. § 1057(b).

15.     The EverRatchet products have also been the subject of unsolicited publicity resulting from their innovative design.

16.     Among the unsolicited coverage, some of the publications that have featured the EverRatchet products are GearJunkie, GadgetFlow, Everyday Carry, and BroBible.

17.     In view of Gear infusion's efforts and the response of the marketplace to the EverRatchet products, the EverRatchet Trademark has become known throughout the United States, uniquely signifying to consumers that the products come from Gear Infusion.

18.     Because the EverRatchet products have become popular and the EverRatchet Trademark is recognized by consumers, the EverRatchet products have been subject to widespread counterfeiting. Similarly, because Gear Infusion uses its Copyrighted Material in its legitimate advertisements and product listings for genuine EverRatchet products, counterfeiters have also used the Copyrighted Material in an effort to further deceive consumers. Gear Infusion's investigation has revealed many online marketplace listings on platforms such as AliExpress, eBay, and Alibaba, including listings posted by Defendants, which offer for sale and, on information and belief, sell counterfeit EverRatchet goods to consumers in Illinois and offer to ship those products to Illinois.

23.    On information and belief, Defendants are individuals and business entities who conduct business in the United States, including within Illinois, through their operation of interactive, online marketplaces and/or websites which offer for sale counterfeit EverRatchet goods and/or use EverRatchet's Copyrighted Material in advertising and selling counterfeit products.

24.    On information and belief, based on similarities in the characteristics of some of the websites and counterfeit merchandise offered for sale, some of the Defendants are related  or work together as part of a single enterprise to willfully make, distribute, offer for sale, and sell counterfeit products displaying the EverRatchet Copyrighted Material and/or using the EverRatchet Trademark.

25.    At present, many of the Defendants can only be identified through their storefronts and other limited publicly available information.   Gear Infusion will voluntarily amend its Complaint if Defendants provide additional credible information regarding their identities.

## DEFENDANTS' UNLAWFUL CONDUCT

26.    Defendants intentionally deceive and mislead consumers by creating storefronts that appear as if they are authorized online retailers who offer bona fide EverRatchet goods. These websites commonly use EverRatchet's Copyrighted Material and/or EverRatchet's Trademark without Gear Infusion's permission.  The sites also include payment options  via: (1) credit cards, such as Visa®, MasterCard®, Discover®, American Express®; (2) the platform's online payment service; or (3) through other means denominated in U.S. currency, such as Apple Pay®.  The content of these sites is designed to make it difficult for consumers to detect that the

site does not belong to an authorized retailer or that the products being sold are counterfeit products.

27. Many of the storefronts created by Defendants to sell counterfeit EverRatchet goods also use the EverRatchet Copyrighted Material without authorization. Defendants use such imagery in an effort to mislead consumers into believing the goods the Defendants sell via their various storefronts are legitimate goods because these images also appear on Gear Infusion's official website and Instagram account.

28. Similarly, many of the storefronts created by Defendants to sell counterfeit EverRatchet goods also misuse the EverRatchet Trademark within the text of the online marketplace listings. Defendants leverage use of the EverRatchet Trademark in order to attract consumers searching for genuine EverRatchet products because the use of the EverRatchet Trademark in this manner causes these listings to appear toward the top of internet search results for searches containing the EverRatchet Trademark. Thus, these tactics contribute to the intentional misdirection of consumers using the internet to find bona fide EverRatchet products to instead be directed to counterfeit products on Defendants' listings.

29. Defendants, like many counterfeiters, operate under many different names on a variety of different websites and sales platforms to overwhelm the marketplace with a multitude of counterfeit products in order to evade detection by trademark owners. Upon information and belief, some of the Defendants operate under more than one alias so as to avoid identification. These sites conceal the actual persons and entities responsible for the websites and listings in favor of fictitious ones.

30. Additionally, counterfeiters like Defendants commonly disable their marketplace storefronts and attempt to disappear as soon as they learn that they have been sued. They typically

re-emerge under new online marketplace accounts with new fictitious names after a short period of time. Additionally, these actors often utilize multiple Paypal® accounts, credit card accounts, and payment gateways so that even if detection requires them to close down one account, there are others set up to take its place.

31. Counterfeiters located abroad frequently maintain off-shore and foreign bank accounts. If detected, these counterfeiters quickly move funds from their accounts denominated in U.S. currency, such as PayPal® accounts, to off-shore bank accounts outside the jurisdiction of this Court.

## COUNT I
## FEDERAL COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 106 and 501

32. Gear Infusion repeats and incorporates by reference the allegations contained in Paragraphs 1 through 31.

33. Gear Infusion owns the copyright registrations attached hereto as Exhibit 1. The copyright registrations are valid and enforceable.

34. The Copyright Act provides in pertinent part that "[a]nyone who violates any of the exclusive rights of the copyright owner as provided by sections 106 through 122…is an infringer of the copyright…" 17 U.S.C. § 501.

35. The Defendants as identified in Annex A have infringed and continue to infringe the EverRatchet Copyrighted Material by deliberately copying, reproducing, displaying, and/or creating derivative works of the EverRatchet Copyrighted Material on the Defendants' product listings without Gear Infusion's authorization in violation of 17 U.S.C. §§ 106 and 501.

36. The Defendants' conduct is blatant, wanton, and willful.

37. Such conduct as alleged herein has damaged Gear Infusion in an amount to be determined at trial.

38. Defendants' conduct has caused and will continue to cause Gear Infusion irreparable harm for which there is no adequate remedy at law unless restrained.

39. Gear Infusion is entitled to injunctive relief, actual damages, and to recover the profits that Defendants realize for such unauthorized conduct pursuant to 17 U.S.C. §§ 502 and 504.

## COUNT II
## FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING
## 15 U.S.C. § 1114

40. EverRatchet repeats and incorporates by reference the allegations contained in Paragraphs 1 through 39.

41. Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a), provides in pertinent part that "[a]ny person who shall, without the consent of the registrant — use in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive . . . shall be liable in a civil action by the registrant . . . ."

42. Upon information and belief, Defendants as identified in Annex A have sold and/or offered to sell goods using a reproduction, counterfeit, copy, or colorable imitation of the EverRatchet Trademark in connection with the sale, offering for sale, distribution, or advertising of goods. Such use is likely to cause confusion, or to cause mistake, or to deceive in violation of Section 32 of the Lanham Act. EverRatchet has not authorized these activities.

43. Defendants' acts of infringement and counterfeiting in violation of Section 32 of the Lanham Act are intentional, malicious, fraudulent, willful, and deliberate.

44. Defendants have knowingly and willfully intended to trade on the recognition of, and have willfully intended to harm the reputation of the registered EverRatchet Trademark.

45. Defendants' acts of infringement in violation of Section 32 of the Lanham Act have inflicted and, if not enjoined, will continue to inflict irreparable harm on Gear Infusion. Thus, Gear Infusion has no adequate remedy at law.

46. Pursuant to 15 U.S.C. § 1117, Gear Infusion is entitled to recover damages in an amount to be determined at trial, including Defendants' profits, Gear Infusion's losses due to the Defendants' conduct, and costs of the action. Furthermore, the actions of Defendants were undertaken willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case entitling Gear Infusion to recover additional treble damages and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

## COUNT III
## FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION
### 15 U.S.C. § 1125(a)

47. Gear Infusion repeats and incorporates by reference the allegations contained in Paragraphs 1 through 46 as if set forth fully herein.

48. Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), provides in pertinent part that "[a]ny person who, on or in connection with any goods or services . . . uses in commerce any word, term, name, symbol . . . . or any false designation of origin . . . which is likely to cause confusion or to cause mistake, or to deceive as to affiliation . . . or as to origin, sponsorship, or approval of goods [or] services . . . shall be liable in a civil action."

49. Defendants' use of the EverRatchet Trademark in order to promote, market, offer for sale, and sell the counterfeit EverRatchet goods has created and is creating a likelihood of confusion, mistake, and deception as to affiliation, connection, or association with Gear Infusion or the origin, sponsorship, or approval of Defendants' counterfeit EverRatchet goods. By using the EverRatchet Trademark on the counterfeit goods, Defendants create a false designation of origin.

50. Defendants' actions demonstrate a malicious, intentional, willful, and bad faith intent to trade on Gear Infusion's goodwill and to cause confusion, deception, and mistake by offering counterfeit products under the EverRatchet Trademark and by intentionally portraying a non-existent affiliation or relationship between Gear Infusion and Defendants' goods, businesses, and websites, thereby causing significant and irreparable injury to Gear Infusion.

51. Defendants have willfully intended to trade on the recognition of, and have willfully intended to harm the reputation of Gear Infusion and the EverRatchet Trademark.

52. Defendants' aforementioned acts constitute false designation of origin, trademark infringement, and unfair competition in violation of 15 U.S.C. § 1125(a) (Section 43(a) of the Lanham Act).

53. Defendants' actions have caused and are likely to cause substantial injury to the public and to Gear Infusion, its business, goodwill, and reputation.

54. Gear Infusion is entitled to injunctive relief, and to recover Defendants' profits associated with the infringement and Gear Infusions costs and reasonable attorneys' fees under 15 U.S.C. §§ 1116 and 1117.

## PRAYER FOR RELIEF

WHEREFORE, Gear Infusion prays for judgment as follows:

1.      That Defendants, and each of them, and their respective agents, employees, servants, affiliates, and all persons acting for, with, or in concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

a.      reproducing, distributing copies of, making derivative works of, or publicly displaying the EverRatchet Copyrighted Material;

b.      using the EverRatchet Trademark or any variant, reproduction, copy, or colorable imitation thereof as a trademark, trade name, corporate identity, or indicia of origin on Defendants' products or in connection with the marketing, advertisement, distribution, sale, or offering for sale of Defendants' products, unless such products are genuine products made by Gear Infusion or with Gear Infusion's authorization;

c.      engaging in any conduct which will cause, or is likely to cause, confusion, mistake, deception, or misunderstanding as to source, or confusion as to the affiliation, connection, association, origin, sponsorship, or approval of Defendants' business, services, website or other activities with Gear Infusion or the EverRatchet Trademark;

d.      passing off or inducing or causing others to pass off any product under one of the EverRatchet Trademark unless such product is a genuine EverRatchet product sold under the EverRatchet Trademark with the authorization of Gear Infusion;

e.      selling, disposing, destroying, transferring, or otherwise distributing any counterfeit or infringing products in inventory or otherwise currently possessed or under the

control of Defendants or any of Defendants' agents, whether to customers or to any third party.

2.  That, upon Gear Infusion's request, all in privity with Defendants and with notice of the injunction, including but not limited to any online marketplace platforms, such as Alibaba, Ali Express, Amazon, DH Gate, eBay, Joom, Newegg, Shopify, Wish, TaoBao, Mercari, and vendors of sponsored search terms or online ad-word providers, financial services providers, including but not limited to credit card providers, banks, merchant account providers, third party payment processors, web hosts, and Internet search engines, such as Google, Bing, and Yahoo shall:

    a.    cease providing services used by Defendants, currently or in the future, to sell or offer for sale goods under the EverRatchet Trademark;

    b.    cease displaying any advertisements in any form, connected or associated with Defendants in connection with the sale of counterfeit or infringing goods under the EverRatchet Trademark; and

    c.    disable all links to the marketplace accounts identified on Annex A from displaying in search results, including from any search index.

3.  That Defendants, and each of them, account to Gear Infusion for their profits and any damages sustained by Gear Infusion arising from their acts of counterfeiting and infringement;

4.  That Gear Infusion be awarded damages as well as Defendants' profits under 17 U.S.C. § 504(b);

5.  That Gear Infusion be awarded reasonable attorneys' fees under 17 U.S.C. § 505, 15 U.S.C. § 1117;

6.  That Gear Infusion be awarded enhanced damages under 15 U.S.C. § 1117;

7. In the alternative, that Gear Infusion be awarded statutory damages under 15 U.S.C. § 1117(c)(2).

8. That the Defendants disgorge any profits earned by their tortious activities;

9. That Gear Infusion be awarded punitive damages;

10. That Gear Infusion be awarded pre-judgment interest as allowed by law;

11. That Gear Infusion be awarded the costs of this action;

12. That Gear Infusion be awarded its reasonable attorneys' fees incurred in connection with this action; and

13. That Gear Infusion be awarded such further legal and equitable relief as the Court deems proper.

Dated this 20th day of October, 2021

Respectfully submitted,

Concept180, LLC d/b/a Gear Infusion


/s/ Kelley S. Gordon
Marshall, Gerstein & Borun LLP
Benjamin T. Horton
Gregory J. Chinlund
Kelley S. Gordon
Michelle Bolos
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
bhorton@marshallip.com
gchinlund@marshallip.com
kgordon@marshallip.com
mbolos@marshallip.com

# ANNEX A

| Doe # | Merchant Name | Merchant URL | Product URL |
|---|---|---|---|
| 1 | Cangnan Yishan Qiding Plastic Factory | https://cngoods.en.alibaba.com | https://www.alibaba.com/product-detail/_1600276742341.html |
| 2 | Yangjiang Hopefine Industrial And Trading Co., Ltd. | https://cnhopefine.en.alibaba.com | https://www.alibaba.com/product-detail/_1600131130155.html |
| 3 | Grace Metal Limited (Foshan) | https://gracemetal.en.alibaba.com | https://www.alibaba.com/product-detail/_1600137183508.html |
| 3 | Grace Metal Limited (Foshan) | https://gracemetal.en.alibaba.com | https://www.alibaba.com/product-detail/_1600137076211.html |
| 3 | Grace Metal Limited (Foshan) | https://gracemetal.en.alibaba.com | https://www.alibaba.com/product-detail/_1600136947710.html |
| 4 | Guangzhou Haohui Technology Co., Ltd. | https://haohui2009.en.alibaba.com | https://www.alibaba.com/product-detail/_62495025713.html |
| 5 | Dongguan Hongwei Technology Co., Ltd. | https://hongweitechnology.en.alibaba.com | https://www.alibaba.com/product-detail/_1600338252203.html |
| 6 | Yiwu Senso Household Goods Co., Ltd. | https://shengshuo.en.alibaba.com | https://www.alibaba.com/product-detail/_62042733891.html |
| 7 | Shanxi Top Industries Co., Ltd. | https://topfastener.en.alibaba.com | https://www.alibaba.com/product-detail/_62424679244.html |
| 8 | Adventurer | https://www.aliexpress.com/store/1090525 | https://www.aliexpress.com/item/32957660002.html |
| 9 | Professional Sporting Store | https://www.aliexpress.com/store/1240671 | https://www.aliexpress.com/item/32958233948.html |
| 10 | Outdoor Dropshippings Store | https://www.aliexpress.com/store/1336099 | https://www.aliexpress.com/item/33062554014.html |
| 10 | Outdoor Dropshippings Store | https://www.aliexpress.com/store/1336099 | https://www.aliexpress.com/item/33063543482.html |
| 11 | Electric Scooter For Out Sport | https://www.aliexpress.com/store/1873858 | https://www.aliexpress.com/item/1005001759633615.html |
| 12 | QB Manba Store | https://www.aliexpress.com/store/1968409 | https://www.aliexpress.com/item/32992381248.html |
| 13 | FishingWei Store | https://www.aliexpress.com/store/2408075 | https://www.aliexpress.com/item/1005002917081026.html |
| 14 | Godness House-jder Store | https://www.aliexpress.com/store/2781130 | https://www.aliexpress.com/item/32987057106.html |
| 14 | Godness House-jder Store | https://www.aliexpress.com/store/2781130 | https://www.aliexpress.com/item/32988881357.html |
| 15 | Metal Industrys Store | https://www.aliexpress.com/store/2783159 | https://www.aliexpress.com/item/4000124181432.html |
| 16 | NanYou Outdoor Camping Supplies Store | https://www.aliexpress.com/store/2927094 | https://www.aliexpress.com/item/32946112728.html |
| 17 | survival outdoor Store | https://www.aliexpress.com/store/3101025 | https://www.aliexpress.com/item/33030918970.html |
| 18 | Funny of Outdoors Store | https://www.aliexpress.com/store/3625171 | https://www.aliexpress.com/item/1005001307854405.html |
| 19 | Manual Tools Store | https://www.aliexpress.com/store/3893019 | https://www.aliexpress.com/item/1005001339486323.html |
| 20 | NY EDC Store | https://www.aliexpress.com/store/3981004 | https://www.aliexpress.com/item/32923048228.html |
| 21 | Tools Outlet Store | https://www.aliexpress.com/store/4412173 | https://www.aliexpress.com/item/4000132262965.html |
| 22 | Still Fortune House Store | https://www.aliexpress.com/store/4424034 | https://www.aliexpress.com/item/33036581945.html |
| 23 | Lovemotion Store | https://www.aliexpress.com/store/4425189 | https://www.aliexpress.com/item/4000898266055.html |
| 24 | Gymbee Store | https://www.aliexpress.com/store/4691013 | https://www.aliexpress.com/item/4000766638910.html |
| 25 | Met Angelhouse Store | https://www.aliexpress.com/store/4842008 | https://www.aliexpress.com/item/1005001307789818.html |
| 26 | WZBMQPF Outdoor Equipment Store | https://www.aliexpress.com/store/4876037 | https://www.aliexpress.com/item/4000843700800.html |
| 27 | JX H0ushold Profess0r Store | https://www.aliexpress.com/store/5046202 | https://www.aliexpress.com/item/1005001824815850.html |
| 28 | MJJ2019 Store | https://www.aliexpress.com/store/5048349 | https://www.aliexpress.com/item/33038295472.html |
| 29 | KMoving Store | https://www.aliexpress.com/store/5051236 | https://www.aliexpress.com/item/4000264601534.html |
| 30 | Keep-Running Store | https://www.aliexpress.com/store/5098098 | https://www.aliexpress.com/item/4000042768772.html |
| 31 | Welding&Machine Store | https://www.aliexpress.com/store/5253035 | https://www.aliexpress.com/item/4000777373555.html |
| 32 | Wind Chaser Fun Store | https://www.aliexpress.com/store/5258031 | https://www.aliexpress.com/item/1005001296942607.html |
| 33 | Shop5440035 Store | https://www.aliexpress.com/store/5440035 | https://www.aliexpress.com/item/1005001867301400.html |
| 34 | Shop5592241 Store | https://www.aliexpress.com/store/5592241 | https://www.aliexpress.com/item/1005001845474169.html |
| 35 | Outdoor Entertainment Discount Store | https://www.aliexpress.com/store/5600073 | https://www.aliexpress.com/item/4000804886601.html |
| 36 | Relaxing Outdoor Store | https://www.aliexpress.com/store/5607078 | https://www.aliexpress.com/item/1005001901573229.html |
| 37 | Deng165 Store | https://www.aliexpress.com/store/5635175 | https://www.aliexpress.com/item/4000804485617.html |
| 38 | Funny Fitness Store | https://www.aliexpress.com/store/5795206 | https://www.aliexpress.com/item/1005002417626424.html |
| 39 | Motivation Store | https://www.aliexpress.com/store/5973145 | https://www.aliexpress.com/item/1005001286548011.html |
| 40 | Shop910419060 Store | https://www.aliexpress.com/store/910419060 | https://www.aliexpress.com/item/1005001457164963.html |
| 41 | Shop910430083 Store | https://www.aliexpress.com/store/910430083 | https://www.aliexpress.com/item/1005001469315981.html |
| 42 | lsfriday Homeware Store | https://www.aliexpress.com/store/911132213 | https://www.aliexpress.com/item/1005001994614941.html |
| 43 | Wakanda F-Sport Store | https://www.aliexpress.com/store/911978074 | https://www.aliexpress.com/item/1005002630176637.html |
| 44 | hongxinq | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A14GUM04S65I83 | https://www.amazon.ca/dp/B08GFCVGGG?keywords=EverRatchet&m=A14GUM04S65I83 |
| 45 | Lelandee | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16ZMVU8CMF9NN | https://www.amazon.ca/dp/B07T7FMG38?keywords=EverRatchet&m=A16ZMVU8CMF9NN |
| 46 | dealpeak | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1KKIDT5T8KFBP | https://www.amazon.ca/dp/B08B1J1F1N?keywords=EverRatchet&m=A1KKIDT5T8KFBP |
| 47 | Yunang | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1THA2W946D2MU | https://www.amazon.com/dp/B07XFFDCGX?keywords=EverRatchet&m=A1THA2W946D2MU |
| 48 | lvjinmei-rb | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XWJ28FQEZG4W | https://www.amazon.com/dp/B08X6CTH9Z?keywords=EverRatchet&m=A1XWJ28FQEZG4W |
| 49 | Natsus | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A23YSNC85GBF93 | https://www.amazon.ca/dp/B088YJYY5J?keywords=EverRatchet&m=A23YSNC85GBF93 |
| 50 | ylinseller | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2859K1SJBBT17 | https://www.amazon.com/dp/B08D7FPPDN?keywords=EverRatchet&m=A2859K1SJBBT17 |
| 51 | Delaman | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29CRK7CWBEOM | https://www.amazon.com/dp/B07L2WXYXQ?keywords=EverRatchet&m=A29CRK7CWBEOM |
| 52 | wuguolin-bm | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2KBHDPAIPIJYV | https://www.amazon.com/dp/B08WX5FM42?keywords=EverRatchet&m=A2KBHDPAIPIJYV |
| 53 | AMZERO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NOMCIFZ8OISP | https://www.amazon.com/dp/B092SB3H59?keywords=EverRatchet&m=A2NOMCIFZ8OISP |

| Doe # | Merchant Name | Merchant URL | Product URL |
|---|---|---|---|
| 54 | Arnaus | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UFNNBBXBWQFC | https://www.amazon.com/dp/B07LG7PJS7?keywords=EverRatchet&m=A2UFNNBBXBWQFC |
| 55 | MAYouth | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UQCOW19X6O5Z | https://www.amazon.com/dp/B07SQWDF6S?keywords=EverRatchet&m=A2UQCOW19X6O5Z |
| 56 | AUSUKY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3J3S8N63GKGA0 | https://www.amazon.com/dp/B07TX9MMQ5?keywords=EverRatchet&m=A3J3S8N63GKGA0 |
| 56 | AUSUKY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3J3S8N63GKGA0 | https://www.amazon.com/dp/B07TZGXDVK?keywords=EverRatchet&m=A3J3S8N63GKGA0 |
| 57 | GEEKTHINK | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3J9YHW4BVXW58 | https://www.amazon.ca/dp/B088WH6W7V?keywords=EverRatchet&m=A3J9YHW4BVXW58 |
| 57 | GEEKTHINK | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3J9YHW4BVXW58 | https://www.amazon.ca/dp/B088W8FG1Q?keywords=EverRatchet&m=A3J9YHW4BVXW58 |
| 58 | Gourd doll-shop | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3L9I9VVBRPLG8 | https://www.amazon.com/dp/B07YYGCY5G?keywords=EverRatchet&m=A3L9I9VVBRPLG8 |
| 59 | Gancco | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3R6SMWGRIHWNO | https://www.amazon.ca/dp/B0869H5R4F?keywords=EverRatchet&m=A3R6SMWGRIHWNO |
| 59 | Gancco | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R6SMWGRIHWNO | https://www.amazon.com/dp/B0869H5R4F?keywords=EverRatchet&m=A3R6SMWGRIHWNO |
| 60 | Inspire Nutrition UK | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A6A4A28RJRGFA | https://www.amazon.ca/dp/B08GFH56FM?keywords=EverRatchet&m=A6A4A28RJRGFA |
| 61 | wangguoqing-bm | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=ACDGZGJACBDFK | https://www.amazon.com/dp/B08WH8FXB9?keywords=EverRatchet&m=ACDGZGJACBDFK |
| 62 | HHoo | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AE0EGL6LOI27H | https://www.amazon.com/dp/B07P6RJV2K?keywords=EverRatchet&m=AE0EGL6LOI27H |
| 63 | Aiterwu | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AE0GVTX0GK9FR | https://www.amazon.ca/dp/B07SH3B51F?keywords=EverRatchet&m=AE0GVTX0GK9FR |
| 64 | adgvsga | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AT57R8QOF2R3R | https://www.amazon.ca/dp/B07P6NZ1BN?keywords=EverRatchet&m=AT57R8QOF2R3R |
| 65 | sykind | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVCPXHVDKOMGN | https://www.amazon.com/dp/B07SS2P7SR?keywords=EverRatchet&m=AVCPXHVDKOMGN |
| 66 | loungersofa Store | https://www.dhgate.com/store/20336474 | https://www.dhgate.com/product/_/676343582.html |
| 67 | vvboom | https://www.dhgate.com/store/21210036 | https://www.dhgate.com/product/_/563169289.html |
| 68 | tracticalshop Store | https://www.dhgate.com/store/21530321 | https://www.dhgate.com/product/_/631631393.html |
| 69 | jaffaga006 | https://www.dhgate.com/store/21557684 | https://www.dhgate.com/product/_/572191867.html |
| 69 | jaffaga006 | https://www.dhgate.com/store/21557684 | https://www.dhgate.com/product/_/572178024.html |
| 70 | fansbossmall | https://www.dhgate.com/store/21578048 | https://www.dhgate.com/product/_/630055966.html |
| 71 | chase0cloud | https://www.dhgate.com/store/21589776 | https://www.dhgate.com/product/_/597657425.html |
| 72 | sanyeya Store | https://www.dhgate.com/store/21634867 | https://www.dhgate.com/product/_/695841747.html |
| 73 | offwhiteonsale Store | https://www.dhgate.com/store/21665670 | https://www.dhgate.com/product/_/715290393.html |
| 74 | coolcenter Store | https://www.dhgate.com/store/21672346 | https://www.dhgate.com/product/_/686191148.html |
| 75 | anglebabystores Store | https://www.dhgate.com/store/21680213 | https://www.dhgate.com/product/_/715294875.html |
| 76 | act4ring | https://www.ebay.ca/usr/act4ring | https://www.ebay.ca/itm/324393152158?nordt=true&orig_cvip=true |
| 77 | actplus | https://www.ebay.com/usr/actplus | https://www.ebay.com/itm/143299343580?nordt=true&orig_cvip=true |
| 78 | ailianhy1188 | https://www.ebay.com.au/usr/ailianhy1188 | https://www.ebay.com.au/itm/173936973969?nordt=true&orig_cvip=true |
| 79 | allbuy2018 | https://www.ebay.fr/usr/allbuy2018 | https://www.ebay.fr/itm/174507697216?nordt=true&orig_cvip=true |
| 80 | amaya686 | https://www.ebay.com/usr/amaya686 | https://www.ebay.com/itm/303866334613?nordt=true&orig_cvip=true |
| 81 | bestlifeel_world | https://www.ebay.ie/usr/bestlifeel_world | https://www.ebay.ie/itm/164097782090?nordt=true&orig_cvip=true |
| 82 | bili2020 | https://www.ebay.com.hk/usr/bili2020 | https://www.ebay.com.hk/itm/402474953827?nordt=true&orig_cvip=true |
| 83 | businessworld-2020us | https://www.ebay.com/usr/businessworld-2020us | https://www.ebay.com/itm/402496511299?nordt=true&orig_cvip=true |
| 84 | candobest1862 | https://www.ebay.com.au/usr/candobest1862 | https://www.ebay.com.au/itm/133069608713?nordt=true&orig_cvip=true |
| 85 | chidogear | https://www.ebay.com/usr/chidogear | https://www.ebay.com/itm/173941639814?nordt=true&orig_cvip=true |
| 86 | chourenling1990 | https://www.ebay.com.sg/usr/chourenling1990 | https://www.ebay.com.sg/itm/333824569404?nordt=true&orig_cvip=true |
| 87 | citic8813 | https://www.ebay.com.au/usr/citic8813 | https://www.ebay.com.au/itm/283520073107?nordt=true&orig_cvip=true |
| 88 | conception1248 | https://www.ebay.com.hk/usr/conception1248 | https://www.ebay.com.hk/itm/254739203806?nordt=true&orig_cvip=true |
| 89 | cos_2020 | https://www.ebay.co.uk/usr/cos_2020 | https://www.ebay.co.uk/itm/363189134494?nordt=true&orig_cvip=true |
| 90 | depringsports | https://www.ebay.ca/usr/depringsports | https://www.ebay.ca/itm/383831023268?nordt=true&orig_cvip=true |
| 91 | extraxp | https://www.ebay.com/usr/extraxp | https://www.ebay.com/itm/143299343600?nordt=true&orig_cvip=true |

| Doe # | Merchant Name | Merchant URL | Product URL |
|---|---|---|---|
| 91 | extraxp | https://www.ebay.com/usr/extraxp | https://www.ebay.com/itm/143299343606?nordt=true&orig_cvip=true |
| 92 | fastdealblast | https://www.ebay.com.au/usr/fastdealblast | https://www.ebay.com/itm/193152509526?nordt=true&orig_cvip=true |
| 93 | feidainternational | https://www.ebay.com/usr/feidainternational | https://www.ebay.com/itm/363206790330?nordt=true&orig_cvip=true |
| 94 | glaryyears | https://www.ebay.co.uk/usr/glaryyears | https://www.ebay.co.uk/itm/264974829295?nordt=true&orig_cvip=true |
| 95 | globaltool2020 | https://www.ebay.com/usr/globaltool2020 | https://www.ebay.com/itm/313260402576?nordt=true&orig_cvip=true |
| 96 | goddess_56 | https://www.ebay.com.au/usr/goddess_56 | https://www.ebay.com.au/itm/133578968948?nordt=true&orig_cvip=true |
| 97 | gordonvictori | https://www.ebay.ie/usr/gordonvictori | https://www.ebay.ie/itm/303690737601?nordt=true&orig_cvip=true |
| 98 | grapefruit_88 | https://www.ebay.com.au/usr/grapefruit_88 | https://www.ebay.com.au/itm/373321601821?nordt=true&orig_cvip=true |
| 99 | grow_up2020 | https://www.ebay.com.au/usr/grow_up2020 | https://www.ebay.com.au/itm/143826405584?nordt=true&orig_cvip=true |
| 100 | guitar-warehouse00 | https://www.ebay.at/usr/guitar-warehouse00 | https://www.ebay.at/itm/313046877707?nordt=true&orig_cvip=true |
| 100 | guitar-warehouse00 | https://www.ebay.com/usr/guitar-warehouse00 | https://www.ebay.com/itm/313047719495?nordt=true&orig_cvip=true |
| 100 | guitar-warehouse00 | https://www.ebay.fr/usr/guitar-warehouse00 | https://www.ebay.fr/itm/313046809420?nordt=true&orig_cvip=true |
| 100 | guitar-warehouse00 | https://www.ebay.com.hk/usr/guitar-warehouse00 | https://www.ebay.com.hk/itm/392750824821?nordt=true&orig_cvip=true |
| 100 | guitar-warehouse00 | https://www.ebay.es/usr/guitar-warehouse00 | https://www.ebay.es/itm/313046889926?nordt=true&orig_cvip=true |
| 101 | hk-2569 | https://www.ebay.de/usr/hk-2569 | https://www.ebay.de/itm/303751370174?nordt=true&orig_cvip=true |
| 102 | honest_0520 | https://www.ebay.com/usr/honest_0520 | https://www.ebay.com/itm/353394103150?nordt=true&orig_cvip=true |
| 103 | huliterature | https://www.ebay.com/usr/huliterature | https://www.ebay.com/itm/203160899545?nordt=true&orig_cvip=true |
| 104 | hush_diy | https://www.ebay.com.au/usr/hush_diy | https://www.ebay.com.au/itm/284070448378?nordt=true&orig_cvip=true |
| 105 | i_fact | https://www.ebay.com.au/usr/i_fact | https://www.ebay.com.au/itm/352694591705?nordt=true&orig_cvip=true |
| 106 | ilinkme | https://www.ebay.com/usr/ilinkme | https://www.ebay.com/itm/362679922448?nordt=true&orig_cvip=true |
| 107 | jerry201818 | https://www.ebay.com.au/usr/jerry201818 | https://www.ebay.com.au/itm/254285432037?nordt=true&orig_cvip=true |
| 108 | kiwi4fruit0 | https://www.ebay.ie/usr/kiwi4fruit0 | https://www.ebay.ie/itm/224107319109?nordt=true&orig_cvip=true |
| 109 | lalawangstore | https://www.ebay.ie/usr/lalawangstore | https://www.ebay.ie/itm/313274868678?nordt=true&orig_cvip=true |
| 110 | leligine | https://www.ebay.com/usr/leligine | https://www.ebay.com/itm/233565936180?nordt=true&orig_cvip=true |
| 111 | lennonc | https://www.ebay.ie/usr/lennonc | https://www.ebay.ie/itm/293639466860?nordt=true&orig_cvip=true |
| 112 | lianxstore | https://www.ebay.com.au/usr/lianxstore | https://www.ebay.com.au/itm/202697916493?nordt=true&orig_cvip=true |
| 113 | like992 | https://www.ebay.com/usr/like992 | https://www.ebay.com/itm/192946675708?nordt=true&orig_cvip=true |
| 114 | live_room | https://www.ebay.ie/usr/live_room | https://www.ebay.ie/itm/284070447436?nordt=true&orig_cvip=true |
| 115 | magicalstore99 | https://www.ebay.com.au/usr/magicalstore99 | https://www.ebay.com.au/itm/133552376365?nordt=true&orig_cvip=true |
| 116 | mariansalom | https://www.ebay.ie/usr/mariansalom | https://www.ebay.ie/itm/402479605017?nordt=true&orig_cvip=true |
| 117 | motlifan | https://www.ebay.com/usr/motlifan | https://www.ebay.com/itm/402319412682?nordt=true&orig_cvip=true |
| 118 | mvp-forever | https://www.ebay.ie/usr/mvp-forever | https://www.ebay.ie/itm/393004856498?nordt=true&orig_cvip=true |
| 119 | okay-guy | https://www.ebay.com.au/usr/okay-guy | https://www.ebay.com.au/itm/333792247048?nordt=true&orig_cvip=true |
| 120 | olgbmb | https://www.ebay.com.au/usr/olgbmb | https://www.ebay.com.au/itm/283940170500?nordt=true&orig_cvip=true |
| 121 | one-newstar | https://www.ebay.com.au/usr/one-newstar | https://www.ebay.com.au/itm/184539886030?nordt=true&orig_cvip=true |
| 122 | peace_2019 | https://www.ebay.ie/usr/peace_2019 | https://www.ebay.ie/itm/353265857508?nordt=true&orig_cvip=true |
| 123 | pricekiller_2k | https://www.ebay.com/usr/pricekiller_2k | https://www.ebay.com/itm/114314749300?nordt=true&orig_cvip=true |
| 124 | rising_6688 | https://www.ebay.com.au/usr/rising_6688 | https://www.ebay.com.au/itm/393020165102?nordt=true&orig_cvip=true |
| 125 | s-2344 | https://www.ebay.com.au/usr/s-2344 | https://www.ebay.com.au/itm/352689176388?nordt=true&orig_cvip=true |
| 126 | shibaynu | https://www.ebay.co.uk/usr/shibaynu | https://www.ebay.co.uk/itm/264968512400?nordt=true&orig_cvip=true |
| 127 | smithsonshelia92 | https://www.ebay.com.au/usr/smithsonshelia92 | https://www.ebay.com/itm/123787446001?nordt=true&orig_cvip=true |
| 128 | solidseller66 | https://www.ebay.com/usr/solidseller66 | https://www.ebay.com/itm/254463179969?nordt=true&orig_cvip=true |

| Doe # | Merchant Name | Merchant URL | Product URL |
|---|---|---|---|
| 129 | soonhua_digital | https://www.ebay.com.au/usr/soonhua_digital | https://www.ebay.com.au/itm/203042165045?nordt=true&orig_cvip=true |
| 130 | super-powerful2019 | https://www.ebay.com.au/usr/super-powerful2019 | https://www.ebay.com.au/itm/254713884613?nordt=true&orig_cvip=true |
| 131 | thatkey | https://www.ebay.ie/usr/thatkey | https://www.ebay.ie/itm/183834547440?nordt=true&orig_cvip=true |
| 132 | thsix1666 | https://www.ebay.es/usr/thsix1666 | https://www.ebay.es/itm/233817096648?nordt=true&orig_cvip=true |
| 133 | tictac88 | https://www.ebay.fr/usr/tictac88 | https://www.ebay.fr/itm/202696910817?nordt=true&orig_cvip=true |
| 134 | time.ing | https://www.ebay.ie/usr/time.ing | https://www.ebay.ie/itm/392687442506?nordt=true&orig_cvip=true |
| 135 | topnew_tools | https://www.ebay.com.au/usr/topnew_tools | https://www.ebay.com.au/itm/164518543457?nordt=true&orig_cvip=true |
| 136 | unicom2087 | https://www.ebay.com.au/usr/unicom2087 | https://www.ebay.com.au/itm/264366784398?nordt=true&orig_cvip=true |
| 136 | unicom2087 | https://www.ebay.com/usr/unicom2087 | https://www.ebay.com/itm/254267613508?nordt=true&orig_cvip=true |
| 137 | usyeah | https://www.ebay.com.au/usr/usyeah | https://www.ebay.com.au/itm/323712670954?nordt=true&orig_cvip=true |
| 138 | v*lianxstore*v | https://www.ebay.com/usr/v*lianxstore*v | https://www.ebay.com/itm/254253118668?nordt=true&orig_cvip=true |
| 139 | wow.ha | https://www.ebay.com.au/usr/wow.ha | https://www.ebay.com.au/itm/393004859494?nordt=true&orig_cvip=true |
| 140 | xingyun2020 | https://www.ebay.com.au/usr/xingyun2020 | https://www.ebay.com.au/itm/193779414193?nordt=true&orig_cvip=true |
| 141 | xovo1894 | https://www.ebay.fr/usr/xovo1894 | https://www.ebay.fr/itm/264961870071?nordt=true&orig_cvip=true |
| 142 | yaqfa-0 | https://www.ebay.fr/usr/yaqfa-0 | https://www.ebay.fr/itm/274599941667?nordt=true&orig_cvip=true |
| 143 | yaqzh34 | https://www.ebay.fr/usr/yaqzh34 | https://www.ebay.fr/itm/383851436263?nordt=true&orig_cvip=true |
| 143 | yaqzh34 | https://www.ebay.com/usr/yaqzh34 | https://www.ebay.com/itm/383841949406?nordt=true&orig_cvip=true |
| 143 | yaqzh34 | https://www.ebay.com/usr/yaqzh34 | https://www.ebay.com/itm/383842032580?nordt=true&orig_cvip=true |
| 143 | yaqzh34 | https://www.ebay.com/usr/yaqzh34 | https://www.ebay.com/itm/383842045702?nordt=true&orig_cvip=true |
| 143 | yaqzh34 | https://www.ebay.com/usr/yaqzh34 | https://www.ebay.com/itm/383932293063?nordt=true&orig_cvip=true |
| 144 | yesfor2013 | https://www.ebay.ca/usr/yesfor2013 | https://www.ebay.ca/itm/274458937914?nordt=true&orig_cvip=true |
| 145 | yunosg1386 | https://www.ebay.at/usr/yunosg1386 | https://www.ebay.at/itm/143299343613?nordt=true&orig_cvip=true |
| 146 | zzyeahusz | https://www.ebay.com/usr/zzyeahusz | https://www.ebay.com/itm/202609476615?nordt=true&orig_cvip=true |
| 147 | Creative Love | https://www.joom.com/en/stores/15137654512885516713-245-3-26193-3254087120 | https://www.joom.com/en/products/5c81a1a98b2c3701011111c2 |
| 148 | peigu-Hardware 2 | https://www.joom.com/en/stores/5d2d72428b2c370301 44d8d9 | https://www.joom.com/en/products/5d5cec061436d401011b87f6 |
| 149 | maijiabao-Hobby, Sport, Traveling 03 | https://www.joom.com/en/stores/5d9ed72b8b4513030 1a1a7a3 | https://www.joom.com/en/products/5e2181918b2c3701018e0938 |
| 150 | Xuzhou Weiqi Fushi Limited Company | https://www.newegg.com/Xuzhou-Weiqi-Fushi-Limited-Company/about | https://www.newegg.com/p/0X6-04KT-217E3 |
| 151 | beyood.com | https://beyood.com | https://beyood.com/products/EverRatchet |
| 152 | globalqualitygoods.de | https://globalqualitygoods.de | https://globalqualitygoods.de/products/EverRatchet |
| 153 | luketulle.com | https://luketulle.com | https://luketulle.com/products/EverRatchet |
| 154 | riggistyle.com | https://riggistyle.com | https://riggistyle.com/products/EverRatchet |
| 155 | scarohar.com | https://scarohar.com | https://scarohar.com/products/EverRatchet |
| 156 | youvipgo.com | https://youvipgo.com | https://youvipgo.com/products/EverRatchet |
| 157 | crystal dress | https://www.wish.com/merchant/543a8cad1280fa750b34083c | https://www.wish.com/product/5efb050e6de8e02d59d031db |
| 158 | mybrighteststar | https://www.wish.com/merchant/56d3c3458bd26e1d8bdd5c58 | https://www.wish.com/product/5f6b38dd59a7d1202c9616d5 |
| 159 | vivigo88 | https://www.wish.com/merchant/56d6d51812e1ab16ba3 d7058 | https://www.wish.com/product/5c7c94f5c547a24a3e67009b |
| 160 | Sunshine-at-home | https://www.wish.com/merchant/5732aa4e26da0659226 5b0e3 | https://www.wish.com/product/5c7c952fd2f60c3b722fec1c |
| 161 | yiying | https://www.wish.com/merchant/57834a1f91a71b13256 242f7 | https://www.wish.com/product/5d0c9285af3dd2339948f0d9 |
| 162 | yechuncui2017 | https://www.wish.com/merchant/57878f347c6ff57e4c5f49b0 | https://www.wish.com/product/5cfe0efee73c30023aaefe4b |
| 163 | sikefandianzi | https://www.wish.com/merchant/57e27c209345972f1c601755 | https://www.wish.com/product/5c8a23d9aba8c74baa3fe0e9 |
| 163 | sikefandianzi | https://www.wish.com/merchant/57e27c209345972f1c601755 | https://www.wish.com/product/5d81c3f72b71944a87b0b41c |
| 163 | sikefandianzi | https://www.wish.com/merchant/57e27c209345972f1c601755 | https://www.wish.com/product/5d81dc4f77593b2061f84616 |
| 164 | bettershop-betterlife | https://www.wish.com/merchant/5833f7c647192420f454 0a5a | https://www.wish.com/product/5c7c9c2d7d6109470868cfe0 |
| 165 | maliactive91 | https://www.wish.com/merchant/5848fe0dfef4096a9b4d 67e9 | https://www.wish.com/product/5cf1f55a2ffee23db884f988 |
| 166 | ruuhee | https://www.wish.com/merchant/586a07ad2dc7864ccb4 ed943 | https://www.wish.com/product/5f535612b2d26316504 1f0ae |

| Doe # | Merchant Name | Merchant URL | Product URL |
|---|---|---|---|
| 167 | playing1995 | https://www.wish.com/merchant/58aef4000073c7521ab3bbdd | https://www.wish.com/product/5deb316e4259270727028c7e |
| 168 | Veloktech | https://www.wish.com/merchant/58b7b7dab7404d59092c036e | https://www.wish.com/product/5f513ef30cf6312d4f7fb26d |
| 169 | Putars Shop | https://www.wish.com/merchant/5909531052693956353bb423 | https://www.wish.com/product/5d8492ed0140dc064bba6183 |
| 169 | Putars Shop | https://www.wish.com/merchant/5909531052693956353bb423 | https://www.wish.com/product/5d84943f01808615626fdd0b |
| 170 | Svivi Store | https://www.wish.com/merchant/594284658635f07c12b3262f | https://www.wish.com/product/5d8495e6fd7880537b510e60 |
| 170 | Svivi Store | https://www.wish.com/merchant/594284658635f07c12b3262f | https://www.wish.com/product/5d84949b09e639494f3db5c6 |
| 171 | Pondes | https://www.wish.com/merchant/596886f28a43d25f864e2f1d | https://www.wish.com/product/5d84bfe0532dc54a8942111d |
| 171 | Pondes | https://www.wish.com/merchant/596886f28a43d25f864e2f1d | https://www.wish.com/product/5d84c13baf04c6d5f3f6bfef |
| 172 | Jayoyo | https://www.wish.com/merchant/596c31f44b913a103c552ff1 | https://www.wish.com/product/5d835f90159be70b5941535d |
| 173 | Lenkoss | https://www.wish.com/merchant/5975cdd6776ab90bf62d26de | https://www.wish.com/product/5c8100a2c4e35835ef9e4c69 |
| 174 | Celendi | https://www.wish.com/merchant/597943844b913a733d686025 | https://www.wish.com/product/5d8471147e4cc40d324e09cb |
| 174 | Celendi | https://www.wish.com/merchant/597943844b913a733d686025 | https://www.wish.com/product/5d8472696c2fb56fe5f96f4f |
| 174 | Celendi | https://www.wish.com/merchant/597943844b913a733d686025 | https://www.wish.com/product/5c8bc6791c9e2a04183d2026 |
| 175 | JiaShiKe | https://www.wish.com/merchant/598bfe3a0415f842524e6ded3 | https://www.wish.com/product/5c7b5327bec7774937c453f4 |
| 176 | sunshopjoybuy | https://www.wish.com/merchant/59984cac0ec30f37207dbbb0 | https://www.wish.com/product/5c7c9f62daf0643ede5c3371 |
| 177 | JKFANSION | https://www.wish.com/merchant/59b7aab890a0f151138cab50 | https://www.wish.com/product/5cf701656257dd63654ff2ed |
| 178 | Loxien | https://www.wish.com/merchant/5aa0ed37c3911a24344e0717 | https://www.wish.com/product/5d823a7a11c260384d38bd51 |
| 179 | miniteyangliu | https://www.wish.com/merchant/5ae030d71843546cfa3f6f94 | https://www.wish.com/product/5d82f417bca34511ef32f6a4 |
| 180 | lhycc3 | https://www.wish.com/merchant/5aeeb23ef0b75f0bb5bd5e4d | https://www.wish.com/product/5d8093402b69eb7e71c0f174 |
| 180 | lhycc3 | https://www.wish.com/merchant/5aeeb23ef0b75f0bb5bd5e4d | https://www.wish.com/product/5d809aa501d73058f8f6ed6f |
| 181 | Sottila | https://www.wish.com/merchant/5af659f78699ce6280dd5fa4 | https://www.wish.com/product/5d85f8eb5bfdbf6a1dfe0bc0 |
| 181 | Sottila | https://www.wish.com/merchant/5af659f78699ce6280dd5fa4 | https://www.wish.com/product/5d85f551fe7eb657c3fa5765 |
| 182 | Illsssp | https://www.wish.com/merchant/5af95d56642fc716b28b6085 | https://www.wish.com/product/5d80592c2a74d02dc8894e56 |
| 182 | Illsssp | https://www.wish.com/merchant/5af95d56642fc716b28b6085 | https://www.wish.com/product/5d80551a4600fa637ac51a74 |
| 183 | meilijiating | https://www.wish.com/merchant/5afc03fb61b19624307cd2b4 | https://www.wish.com/product/5d8081f343e0e41c2722a236 |
| 184 | Suiipaer | https://www.wish.com/merchant/5affa0c77d4d84604390b889 | https://www.wish.com/product/5d844eff36a52b1fdf0ba4d8 |
| 185 | xinyangwahang | https://www.wish.com/merchant/5affd474bdade47b61619792 | https://www.wish.com/product/5d9ac940ef5466627831f008 |
| 185 | xinyangwahang | https://www.wish.com/merchant/5affd474bdade47b61619792 | https://www.wish.com/product/5d9746561f9daa18c558e91c |
| 186 | gaosqin | https://www.wish.com/merchant/5b0389af5920691c2995c82c | https://www.wish.com/product/5d830a47036bf51bf485fb26 |
| 187 | LSY-Store | https://www.wish.com/merchant/5d3fce9f70327a1e7268d796 | https://www.wish.com/product/5de29ed81b1c13a0e93275d9 |
| 188 | ihskjwond7 | https://www.wish.com/merchant/5d441ab3a5f07b5d8512945d | https://www.wish.com/product/5e79bfb54b472852480060 2b |
| 189 | Youth_Store | https://www.wish.com/merchant/5d481dd57ad2422e54fa5e17 | https://www.wish.com/product/5e716f178208d5034b7ea013 |
| 190 | Wealthes | https://www.wish.com/merchant/5d501d2a15275478f9ad4ea1 | https://www.wish.com/product/5e7308dcfcc85c4603c87fb5 |
| 191 | diskday | https://www.wish.com/merchant/5d650411169ed9700e55cd94 | https://www.wish.com/product/5d80c17de440f83022569d25 |
| 192 | Milionbook | https://www.wish.com/merchant/5d7734491c4dc6444282ff81 | https://www.wish.com/product/5e70687639c45141125d1212 |
| 193 | Putongname norptdian | https://www.wish.com/merchant/5db79691a9fbb200b662bde3 | https://www.wish.com/product/5e741a5a3d713d078dd0ed47 |
| 194 | xufanbieyun | https://www.wish.com/merchant/5db7971320bc4b01404c2341 | https://www.wish.com/product/5e7422c0e0de2708460173ff |
| 195 | hghh4hhh456 | https://www.wish.com/merchant/5e4a51b36e4107332f4abb8b | https://www.wish.com/product/5e576426a0ba683babb40818 |
| 196 | Pat L Weaver | https://www.wish.com/merchant/5e523dc87b7ddf6f64696ed3 | https://www.wish.com/product/5e58cded1d95874d7b513034 |
| 197 | QuexianhuanglieaEk | https://www.wish.com/merchant/5e6cb1245510406b2c4e39592 | https://www.wish.com/product/5f773526ceb93321cee41e84 |
| 198 | z1z1z1 | https://www.wish.com/merchant/5e91e31f1a25abc598b767e7 | https://www.wish.com/product/5f4e9200351f6307fc891bb6 |
| 199 | Gauqheiwjeiwj | https://www.wish.com/merchant/5e962d96d02062b0d0c8d0fa | https://www.wish.com/product/5f79c5e837b25e610e13953e |

| Doe # | Merchant Name | Merchant URL | Product URL |
|---|---|---|---|
| 200 | z qpasdqa | https://www.wish.com/merchant/5eba502658ed6ba91b685b19 | https://www.wish.com/product/5f4feefcc2ea7609f3cbfe0b |
| 201 | Adikeji333 | https://www.wish.com/merchant/5ed8fbbc0ace98890053c7ed | https://www.wish.com/product/5fc61873fc94d0a7f6baab0e |
| 202 | gaochangling8948 | https://www.wish.com/merchant/5fdd908baa32194c125a42c9 | https://www.wish.com/product/5fec44b2af568f53f38305be |

# EXHIBIT
# 1


## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = everratchet
Search Results: Displaying 1 of 4 entries



Labeled View

*Everratchet instagram-bottle 11.2018.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002236892 / 2021-02-04 |
| **Application Title:** | Everratchet instagram-bottle 11.2018. |
| **Title:** | Everratchet instagram-bottle 11.2018. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Gear Infusion. Address: PO Box 542, Fountainville, PA, 18923, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-11-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gear Infusion, employer for hire; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Gear Infusion, PO Box 542, Fountainville, PA, 18923, United States |
| **Names:** | Gear Infusion |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format: Full Record ▼ | Format for Print/Save |
| Enter your email address | Email |

Document title: WebVoyage Record View 1
Capture URL: https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&amp;ti=1,1&amp;Search%5FArg=everratchet&amp;Search…
Capture timestamp (UTC): Tue, 16 Mar 2021 21:44:06 GMT
Page 1 of 1




## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = everratchet
Search Results: Displaying 2 of 4 entries



Labeled View

*EverRatchet ORIGINAL Image-2 5.2018.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002235630 / 2021-02-02 |
| **Application Title:** | EverRatchet ORIGINAL Image-2 5.2018. |
| **Title:** | EverRatchet ORIGINAL Image-2 5.2018. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Gear Infusion. Address: PO Box 542, Fountainville, PA, 18923, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-05-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gear Infusion, employer for hire; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Gear Infusion, PO Box 542, Fountainville, PA, 18923, United States |
| **Names:** | Gear Infusion |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record  ▾ | Format for Print/Save |
| Enter your email address | Email |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Document title: WebVoyage Record View 1
Capture URL: https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&amp;ti=1,2&amp;Search%5FArg=everratchet&amp;Search…
Capture timestamp (UTC): Tue, 16 Mar 2021 21:44:41 GMT
Page 1 of 1




Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

**Public Catalog**

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = everratchet
Search Results: Displaying 3 of 4 entries



previous    next

Labeled View

*EverRatchet ORIGINAL Image-3 10.2018.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002235627 / 2021-02-02 |
| **Application Title:** | EverRatchet ORIGINAL Image-3 10.2018. |
| **Title:** | EverRatchet ORIGINAL Image-3 10.2018. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Gear Infusion. Address: PO Box 542, Fountainville, PA, 18923, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-10-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gear Infusion, employer for hire; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Gear Infusion, PO Box 542, Fountainville, PA, 18923, United States |
| **Names:** | Gear Infusion |



previous    next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Document title: WebVoyage Record View 1
Capture URL: https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=3&amp;ti=1,3&amp;Search%5FArg=everratchet&amp;Search…
Capture timestamp (UTC): Tue, 16 Mar 2021 21:45:01 GMT
Page 1 of 1




## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = everratchet
Search Results: Displaying 4 of 4 entries



Labeled View

*EverRatchet YouTube Video 5.2018.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002274809 / 2021-02-02 |
| **Application Title:** | EverRatchet YouTube Video 5.2018. |
| **Title:** | EverRatchet YouTube Video 5.2018. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Gear Infusion. Address: PO Box 542, Fountainville, PA, 18923, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-05-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gear Infusion, employer for hire; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Gear Infusion, PO Box 542, Fountainville, PA, 18923, United States |
| **Names:** | Gear Infusion |

previous  next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format: Full Record ▾ | Format for Print/Save |
| Enter your email address | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



EverRatchet YouTube Video Image-1 5.2018.mp4

▶ 🔊 0:27 / 0:57

EverRatchet

# EXHIBIT
# 2

# United States of America

## United States Patent and Trademark Office

# EverRatchet

**Reg. No. 5,705,156**

**Registered Mar. 19, 2019**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Concept180, LLC  (WYOMING LIMITED LIABILITY COMPANY)
4167 Miladies Lane
Doylestown, PENNSYLVANIA 18902

CLASS 8: Multi-function hand tools comprised of ratchet wrench, pry bar, bottle opener, file, measuring tape, file, wire stripper; Ratchet wrenches; Hand tools, namely, ratchet wrenches

FIRST USE 5-8-2018; IN COMMERCE 6-6-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-903,488, FILED 05-02-2018



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.